UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

December 20, 2022

DUDLEY JACQUET
#096007
LANCASTER COUNTY PRISON
625 E. KING STREET
LANCASTER, PA 17602

Re: JACQUET v. OFFICER LEE et al, 22-cv-1710

Dear Mr. Jacquet:

Your case has been waiting on the Court's Prisoner Civil Rights Panel for 4 months to see if any of the volunteer lawyers on the Panel will represent you. So far, no lawyer has agreed to represent you in this case.

Under the Court's procedures, you are required to file a Notice to let the Court know if you want to keep waiting for a volunteer lawyer to agree to represent you, or if instead you want to proceed with your lawsuit without a lawyer. The Notice is enclosed with this letter, and you must fill it out and return it to the Court within 20 days from the date of this letter.

If you want to keep waiting for a volunteer lawyer, your case may remain on the Prisoner Civil Rights Panel for another several months. There is no guarantee that a lawyer will agree to handle your case.

It is important that you fill out and return the enclosed Notice. If you do not fill out and return the Notice within 20 days of the date of this letter, the Court may remove your case from the Prisoner Civil Rights Panel. If the Court determines that you have failed to participate in moving your case forward, including by not responding to the Court's requests, the Court may dismiss your case.

Sincerely,

PRISONER CIVIL RIGHTS PANEL
ADMINISTRATOR

**Re: JACQUET v. OFFICER LEE et al, 22-cv-1710**

### Plaintiff's Notice Regarding Placement on Prisoner Panel

I received notice that no attorney from the Court's Prisoner Civil Rights Panel has volunteered to take my case, and I respond by checking one of the boxes below.

☐ I wish for my case to remain with the Prisoner Civil Rights Panel so that a volunteer attorney may agree to represent me.  I understand that the Court is not required to keep my case with the Civil Rights Panel, and that I have no right to an attorney in a civil case.

☐ I wish for the Court to remove my case from the Prisoner Civil Rights Panel.  I understand that if the Court removes my case from the Panel, I will represent myself (proceed *pro se*).

Signature:_____

Date:_____

You must file this Notice by filling it out and mailing it to the following address, and you must do so within 20 days from the date of the cover letter.

United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Rom 2609
Philadelphia, PA 19106-1797