DUDLEY JACQUET
096007
LANCASTER COUNTY PRISON
625 E. KING STREET
LANCASTER, PA 17602





PHILADELPHIA PA 190
20 DEC 2022 PM 9 L

U.S.M.S.
X-RAY

RETURN TO SENDER
X INMATE RELEASE
NO INMATE - TRY THIS SPELLING
NO INMATE - THIS VIC
UNAUTHORIZED ENCLOSURE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA, PA 19106-9865

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300